



# IN THE SUPERIOR COURT OF FULTON COUNTY
# STATE OF GEORGIA

| | |
|---|---|
| GEORGIA TASMAN, LLC., | ) |
| | ) CIVIL ACTION NO: |
| PLAINTIFF, | ) 2014cv245955 |
| | ) |
| VS. | ) JURY TRIAL |
| | ) DEMANDED |
| | ) |
| NEIL EISNER; AND CASTLE | ) |
| ATLANTA HOLDING, LP., | ) |
| JOINTLY AND SEVERALLY, | ) |
| | ) |
| DEFENDANTS. | ) |

## CONSENT ORDER OF MUTUAL DISMISSAL OF CASTLE ATLANTA HOLDING, LP., WITHOUT PREJUDICE

The Plaintiff filed its motion to dismiss Defendant, Castle Atlanta Holding, LP., without prejudice on August 7, 2014.

**NOW THEREFORE,** upon consideration of this Consent Order submitted jointly by and on behalf of Plaintiff, Georgia Tasman, LLC., and Defendant, Castle Atlanta Holding, LP., and all other matters of record, it is hereby **ORDERED** that all Plaintiff's claims asserted against Castle Atlanta Holding, LP., are hereby voluntarily dismissed without prejudice and that Castle Atlanta Holding, LP., shall be and hereby is dismissed as a party from

this action, with the style of the case to be amended accordingly.

**SO ORDERED** this 19th day of August, 2014.

_____
JUDGE, URAL D. GLANVILLE
SUPERIOR COURT OF FULTON COUNTY

Prepared and Presented By:

_____
Schuyler Elliott
Attorney for Plaintiff
Georgia Bar Number 244002
2024 Beaver Ruin Road
Norcross, Georgia 30071
(770)209-7999
(770)209-0033 Fax
Email: semecca@aol.com

Consented to By:

_____
Thomas T. Tate, Esq.
Georgia Bar No. 698879
Andersen, Tate & Carr, P.C.
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770)822-0900
(770)822-9680 Fax