IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA TASMAN, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NEIL ESINER,<br><br>    Defendant. | Case No.1:14-CV-02788-SCJ |

## CERTIFICATE OF INTERTESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.3., Defendant Neil Eisner hereby files his Certificate of Interested Persons and Corporate Disclosure Statement.

(1) The undersigned counsel of record for Defendant Neil Eisner to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

(a)    Plaintiff Georgia Tasman, LLC

(b)    Defendant Neil Eisner.

(2)  The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    Residential Capital Management, LLC, Lance Popp, Andy Capps, Albo Antenucci, Jeffrey Britz, Colin Brechbill, and Gregory Alan Harper.

(3)  The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the Defendant Neil Eisner in this proceeding:

    Counsel for Defendant Neil Eisner:

    ANDERSEN, TATE & CARR, P.C.
    Thomas T. Tate
    Robert D. Thomas
    Graham K. Brantley
    One Sugarloaf Centre
    1960 Satellite Boulevard, Suite 4000
    Duluth, Georgia 30097
    (770) 822-0900 | Phone
    (770) 822-9680 | Fax

    Submitted this 8th day of September, 2014.

ANDERSEN, TATE & CARR, P.C.


/s/ Thomas T. Tate
Thomas T. Tate
Georgia Bar No. 698879
ttate@atclawfirm.com
Robert D. Thomas
Georgia Bar No. 278646
rthomas@atclawfirm.com
Graham T. Brantley
Georgia Bar No. 942600
gbrantley@atclawfirm.com
Attorneys for Defendant
Neil Eisner

One Sugarloaf Centre
Suite 4000
1960 Satellite Boulevard
Duluth, Georgia 30097
(770) 822-0900 | Phone
(770) 822-9680 | Fax

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed the foregoing Certificate of Interested Persons and Corporate Disclosure Statement with the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notice to the counsel of record listed below:

Schuyler Elliott, Esq.
2024 Beaver Ruin Road
Norcross, Georgia  30071

This 8th day of September, 2014.

ANDERSEN, TATE & CARR, P.C.

/s/ Thomas T. Tate
Thomas T. Tate
Georgia Bar No. 698879
ttate@atclawfirm.com
Attorney for Defendant
Neil Eisner

2156096_1

4