IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA TASMAN, LLC., | * |
| | * CASE NO. 1:14-CV-02788-SCJ |
| PLAINTIFF, | * |
| | * |
| VS. | * |
| | * |
| NEIL EISNER, | * |
| | * |
| DEFENDANT. | * |

**AMENDED
CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.3, Plaintiff Georgia Tasman, LLC., states as follows:

(1) The undersigned counsel of record for Georgia Tasman, LLC., a party to the action, certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

      Plaintiff:    Georgia Tasman, LLC.

      Defendant:    Neil Eisner

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

      Greg Harper.

(3)  The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

For the Plaintiff:            For the Defendant:

Schuyler Elliott              Thomas T. Tate, Esq.

                              Robert D. Thomas, Esq.

                              Graham K. Brantley, Esq.

This 9th day of September, 2014.

                              __/s/_____
                              Schuyler Elliott
                              Attorney Bar No. 244002
                              Counsel for Plaintiff

2024 Beaver Ruin Road
Norcross, Georgia 30071
(770)209-7999
(770)209-0033 Fax
Email: semecca@aol.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| GEORGIA TASMAN, LLC., | * | |
| | * | CASE NO. 1:14-CV-02788-SCJ |
| PLAINTIFF, | * | |
| | * | |
| VS. | * | |
| | * | |
| NEIL EISNER, | * | |
| | * | |
| DEFENDANT. | * | |

### CERTIFICATE OF SERVICE OR NOTICE OF ELECTRONIC FILING

I hereby certify that on September 9, 2014 service of the foregoing document was made as follows:

I electronically filed the foregoing document with the Clerk of Court using CM/ECF system which will automatically send a Notice of Electronic filing to all attorneys registered with the CM/ECF system, including the following counsel of record below:

Andersen, Tate & Carr, P.C.
Thomas T. Tate, Esq.
Robert D. Thomas, Esq.
Graham K. Brantley, Esq.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097

This 9th day of September, 2014.

                                               /s/
                                               Schuyler Elliott
                                               Attorney Bar No. 244002
                                               Counsel for Plaintiff

2024 Beaver Ruin Road
Norcross, Georgia 30071
(770)209-7999
(770)209-0033 Fax
Email: semecca@aol.com